S787M-00037

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAUNDRA H. SHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No: 2:16-cv-02717-STA-tmp |
| STATE FARM VP MANAGEMENT CORP. | ) ) ) ) |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii) submit this joint stipulation of dismissal with prejudice. The parties hereby stipulate that this cause may be dismissed with prejudice.

Respectfully submitted this 1st day of May, 2017.

**LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.**

By: s/ Christopher L. Vescovo
CHRISTOPHER L. VESCOVO (14516)
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*
2900 One Commerce Square
40 South Main Street
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com

**JONES & GARRETT**

By: s/Ted I. Jones
Ted I. Jones, Esq.
*Attorney for Plaintiff*
2670 Union Ave., Extd., Suite 1200
Memphis, TN  38112
Dtedijones@aol.com

7307177